# ELECTRONIC RECORD

COA # 12-13-00126-CR          OFFENSE: 19.02

STYLE: Chester Alan Staples v. The State of Texas          COUNTY: Anderson

COA DISPOSITION: AFFIRMED          TRIAL COURT: 3rd District Court

DATE: 09/17/2014          Publish: NO          TC CASE #: 30979

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Chester Alan Staples v. The State of Texas          CCA #: 1354-14

PRO SE          Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 03/25/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

KELLER, P.J., would GRANT

-------------------------

APPELLANT'S _____ MOTION FOR
REHEARING IN CCA IS: _denied May 29, 2015_
JUDGE: _PC; Keller P.J. would grant_

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00126-CR
PD-1354-14

5/29/2015
STAPLES, CHESTER ALAN Tr. Ct. No. 30979

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *